Kathleen B. Alvarado (SB# 165698)
LAW OFFICES OF KATHLEEN B. ALVARADO
555 California Street, Suite 4925
San Francisco, CA 94104
Telephone: (415) 659-1559
Facsimile: (415) 659-1519

Attorneys for PLAINTIFF
TERESA HATCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TERESA HATCHER,<br><br>PLAINTIFF,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., AND DOES 1-50.,<br><br>Defendants. | Case No. 3:17cv-03080-MEJ<br><br>**PLAINTIFF TERESA HATCHER'S NOTICE OF DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION AND [~~PROPOSED~~] ORDER**<br><br>[FRCP 41(a)(2) |

TO THE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a) (2), Plaintiff, Teresa Hatcher, voluntarily dismisses: **THE ENTIRE ACTION AND ALL CAUSES OF ACTION,** having resolved the matter with Defendants.

Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: February 15, 2018     LAW OFFICES OF KATHLEEN B. ALVARADO

By: _/s/ Kathleen B. Alvarado_

KATHLEEN B. ALVARADO
Attorney for Plaintiff Teresa Hatcher

IT IS SO ORDERED.


DATED: 3/22/2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge